UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DAVID W. MARTIN**,

    Plaintiff,

v.

**GLOBAL TEL*LINK CORPORATION**,

    Defendant.

Case No. 15-cv-00449-YGR

**ORDER VACATING HEARING**

Re: Dkt. No. 18

    The Court hereby **VACATES** the hearing set for April 28, 2015 on the defendant's motion to strike and stay proceedings (Dkt. No. 18), pending resolution of the defendant's motion to transfer (Dkt. No. 17). The hearing on the defendant's motion to transfer remains on calendar for April 28, 2015. Thereafter, the Court will reschedule the hearing on the motion to strike and stay proceedings if necessary.

    **IT IS SO ORDERED.**

Dated: April 24, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**